IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| HORIZON TRAVEL PLAZAS, LLC, | ) | Bk No. 08-04867-GP3-11 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**APPOINTMENT AND NOTICE OF APPOINTMENT**
**OF OFFICIAL UNSECURED CREDITORS COMMITTEE**

Pursuant to 11 U.S.C. § 1102, the United States Trustee hereby appoints and gives notice of the appointment of following members to the Official Unsecured Creditors Committee:

1. MONICA BEATON
   Ronald Beaton or Robert Beaton
   1 Ridge Ct.
   Corte Madera, CA 94925
   Phone: 415-269-0232 (Ronald Beaton)
   Fax: 415-339-0588
   Phone: 415-331-5030 (Robert Beaton)
   Fax: 415-331-5030

2. COCA-COLA ENTERPRISES, INC.
   William Kaye
   521 Lake Kathy Drive
   Brandon, FL 33510
   Phone: 516-374-3705
   Fax: 516-569-6531

3. FLAMKO, INC.
   Nick Van Loo
   901 N. Brutscher St.
   Newberg, OR 97132
   Phone: 503-538-0970
   Fax: 503-998-4762

1

4. PEPSIAMERICAS, INC.
   Robert Beal
   1475 E. Woodfield Rd.
   Schamburg, IL
   Phone: 847-598-3028
   Fax: 847-598-9328

5. THE H.T. HACKNEY CO.
   Kyle Dugger
   P.O. Box 238
   Knoxville, TN 37901
   Phone: 865-546-1291
   Fax: 865-546-1501

The CHAIRPERSON is William Kaye.

July 25, 2008.

Respectfully submitted,

RICHARD F. CLIPPARD
U.S. TRUSTEE, REGION 8

**/s/ Lloyd E. Mueller**
Lloyd E. Mueller
Trial Attorney
701 Broadway, Room 318
Nashville, TN 37203
615-736-2254
615-736-2260 (Facsimile)
Lloyd.E.Mueller@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 25th day of July 2008, copies of the attached notice were transmitted electronically through the ECF System maintained by the Court to parties requesting electronic notice and by first class mail, postage prepaid, to the members of the Unsecured Creditors Committee listed above.

**/s/ Lloyd E. Mueller**
Lloyd E. Mueller